FILED

APR 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA MURILLO CEBALLOS, | No. 07-74307 |
| Petitioner, | Agency No. A093-368-460 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010**

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Maria Murillo Ceballos, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") decision denying her application for cancellation of

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence factual findings of the IJ. *Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir.2001). We deny the petition for review.

Substantial evidence supports the IJ's determination that Murillo Ceballos provided false testimony for the purpose of obtaining an immigration benefit, thereby rendering her unable to establish the requisite good moral character for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(6), 1229b(b)(1)(B); *see also Ramos*, 246 F.3d at 1266.

**PETITION FOR REVIEW DENIED.**